UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF<br><br>Joseph S. Fogel - #156746 | )<br>) Case Number: CV 15-80097 MISC<br>)<br>) ORDER TO SHOW CAUSE RE<br>) SUSPENSION FROM MEMBERSHIP<br>) IN GOOD STANDING OF THE BAR<br>) OF THE COURT<br>) |

TO:  Joseph S. Fogel

You are enrolled as a member of the bar of the Northern District of California. Notice has been received by the Chief Judge of the United States District Court for the Northern District of California that your status as a member of the State Bar of California has been modified as follows:

Suspended for 6 months by the Supreme Court of California effective February 28, 2015.

Effective the date of this order, your membership in the bar of this Court is **suspended on an interim basis** pursuant to Civil Local Rule 11-7(b)(1). **On or before May 11, 2015,** you may file a response to this Order meeting the requirements of Civil Local Rule 11-7(b)(2), which may be viewed on the Court's website at cand.uscourts.gov. If you fail to file a timely and adequate response to this Order, you will be suspended from membership without further notice.

If you are disbarred, suspended or placed on disciplinary probation by this Court and are later restored to active membership in the State Bar of California, you may apply for reinstatement pursuant to Civil Local Rule 11-7(b)(3). The Clerk shall close this file on or after May 11, 2015, absent further order of this Court.

IT IS SO ORDERED.

Dated: March 26, 2015

JAMES DONATO
United States District Judge

*Form updated July 2012*